2304.    AVERY & COMPANY *v.* GRAHAM *et al.*

HILL, C. J.    The judgment of the superior court, sustaining the certiorari and remanding the case for a new trial, is in accordance with the ruling of this court in *McDaniel* v. *Mallary Brothers Co.,* 6 *Ga. App.* 848 (66 S. E. 146).                            *Judgment affirmed.*

Certiorari; from Effingham superior court—Judge Seabrook. October 13, 1909.

Argued February 23,—Decided May 12, 1910.

*D. H. Clark, Hines & Jordan,* for plaintiffs.

*Travis & Travis,* for defendants.

---

2369.    GENTRY *v.* THE STATE.

RUSSELL, J.    Though the evidence is in some respects somewhat weak and unsatisfactory, it can not be held to be insufficient to authorize the verdict.    Consequently there was no error in refusing a new trial.

*Judgment affirmed.*

Indictment for misdemeanor; from Haralson superior court— Judge Edwards.    December 2, 1909.

Submitted February 21,—Decided May 12, 1910.

*G. R. Hutchens,* for plaintiff in error.

*W. K. Fielder, solicitor-general,* contra.